# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, | |
| Plaintiff, | |
| vs. | Case No.:  3:17-cv-01147-HLA-MCR |
| CROWLEY MARITIME CORPORATION, | **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS** |
| Defendant. | |

Plaintiff, CODING TECHNOLOGIES LLC, and Defendant, CROWLEY MARITIME CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all claims in the complaint and all claims in the counterclaim, with prejudice, with each party to bear their own attorneys' fees and costs.

**DATED** on April 12, 2018

Respectfully submitted,

WATSON LLP

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
          docketing@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email**:** leia@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Plaintiff, Coding Technologies, LLC*


*/s/ Eleanor T. Barnett*
Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
**WALDMAN BARNETT, P.L**
3250 Mary Street, Suite 102
Coconut Grove, FL 33133
Tel: (305) 371-8809
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com
*Attorneys for Defendant, Crowley Maritime Corporation*